858 A.2d 1160

**Brian S. WILLIAMS, Appellant**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF PROBATION PAROLE, Appellee.**

Supreme Court of Pennsylvania.

Sept. 3, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of September, 2004, probable jurisdiction is noted and the order appealed is affirmed.